**Opinion issued September 25, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00043-CV

———————————

## GARY T. BOHNERT, Appellant

## V.

## PORTFOLIO RECOVERY ASSOCIATES, LLC, Appellee

---

### On Appeal from the County Civil Court at Law No. 2
### Harris County, Texas
### Trial Court Case No. 1027830

---

### MEMORANDUM OPINION

On June 5, 2014, appellant, Gary T. Bohnert, representing that the parties had reached a settlement that has "been consummated by tender and receipt to the agreed-to settlement amount," filed a motion to vacate the trial court's judgment

without regard to the merits and close the appeal. On July 24, 2014, we denied the motion. *See* TEX. R. APP. P. 42.1(a)(2); *see also* TEX. R. APP. P. 10.1(a)(5). Additionally, we notified the parties that unless, within 14 days of the date of the order and notice, they demonstrated that there was a live controversy between them as to the merits of the appeal, the appeal might be dismissed. *See, e.g.*, *Hodrick v. Arena Group LP*, No. 01-07-00554-CV, 2008 WL 185614, at *1 (Tex. App.—Houston [1st Dist.] Jan. 17, 2008, no pet.) (mem. op.) (dismissing appeal as moot after mediator informed Court of settlement and parties failed to demonstrate that live controversy existed between them); *see also Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000) (requiring existence of actual controversy between parties to appeal for appellate court to exercise jurisdiction). No party has responded to the notice.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3. We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Justices Higley, Bland, and Sharp.